```
              UNITED STATES DISTRICT COURT
                 DISTRICT OF MINNESOTA
               Civil No.: 19-2343(DSD/HB)
```

Chris Scott,

        Petitioner,

v.                                           **ORDER**

Vicki Janssen, Warden,

        Respondent.

This matter is before the court upon the Report and Recommendation of United States Magistrate Judge Hildy Bowbeer dated April 22, 2020 (R&R). No objections have been filed to the R&R in the time period permitted, despite granting petitioner additional time in which to do so. ECF No. 27.

Based on the R&R, and all the files, records and proceedings herein, **IT IS HEREBY ORDERED** that:

    1.    The R&R [ECF No. 23] is adopted in its entirety;

    2.    The petition for a writ of habeas corpus [ECF No. 1] is denied;

    3.    This matter is dismissed with prejudice; and

4. Petitioner will not be issued a certificate of appealability.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**


Dated:  July 8, 2020         /s David S. Doty          _
                             David S. Doty, Judge
                             United States District Court